**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-882 |
| | § | |
| JOSE FERNANDO ORTEGA | § | |

# O R D E R

The government filed a motion to dismiss the indictment. (Docket Entry No. 26). The motion is granted. The indictment in this case is dismissed without prejudice. This case is closed.

SIGNED on April 11, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge